IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| QUINTUS CORPORATION, et al.,[1] | : | Case No. 01-00501 (MFW) |
| Debtors. | : | Jointly Administered |
| QUINTUS CORPORATION, MUSTANG.COM, INC., and ACUITY CORPORATION, | : | |
| Plaintiffs, | : | Adversary No. 04-53074 (MFW) |
| v. | : | Re: Docket Nos.: 120, 121, 126, 148, 149 and 153 |
| AVAYA, INC., | : | |
| Defendant. | : | |

**CHAPTER 11 TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL PURSUANT TO FED.R.BANKR.P. 8006 AND LOCAL RULE 8006-1**

Pursuant to Federal Rule of Bankruptcy Procedure 8006 and Del.Bankr.LR. 8006-1(a), Kurt F. Gwynne, Chapter 11 Plan Trustee (the "Trustee"), by and through his undersigned counsel, hereby designates additional items to be included in the record on appeal relative to Avaya Inc.'s Designation of Items for Record on Appeal and Statement of Issues on Appeal (Adv. D.I. 153).

---

[1] The Debtors are the following entities: Quintus Corporation, Mustang.com, Inc., and Acuity Corp.

**Adversary Proceeding (Case No. 04-53074)**

| Docket No. | Filing/Entry Date | Document Title |
|---|---|---|
| 18 | 12/23/2004 | Motion to Compel Discovery Directed to Defendant Avaya, Inc. |
| 19 | 12/23/2004 | Opening Brief in Support of Chapter 11 Trustee's Motion to Compel Discovery Directed to Defendant Avaya, Inc. |
| 21 | 1/14/2005 | Defendant Avaya, Inc.'s Memorandum of Law in Opposition to Chapter 11 Trustee's Motion to Compel and in Support of Its Cross-Motion to Compel Discovery Directed at Chapter 11 Trustee |
| 23 | 1/31/2005 | Reply Brief in Support of Chapter 11 Trustee's Motion to Compel Discovery Directed to Defendant Avaya, Inc., and in Opposition to Defendant Avaya, Inc.'s Cross-Motion to Compel Discovery Directed at Chapter 11 Trustee |
| 35 | 8/24/2005 | Fourth Amended Scheduling Order |
| 37 | 9/7/2005 | Order Approving Second Stipulation Regarding Motions to Compel |
| 45 | 10/18/2005 | Order Granting in Part Motion to Compel Discovery Directed to Defendant Avaya, Inc. and Avaya's Cross-Motion to Compel Discovery Directed to the Trustee |
| 113 | 5/9/2006 | Avaya, Inc.'s Motion for Leave to File Sur-Reply in Response to Certain New Matters First Appearing in the Reply Brief of the Chapter 11 Trustee on His Motion for Sanctions for Spoliation |
| 114 | 5/10/2006 | Avaya, Inc.'s Amended Motion for Leave to File Sur-Reply in Response to Certain Matters First Appearing in the Reply Brief of the Chapter 11 Trustee on His Motion for Sanctions for Spoliation |
| 115 | 5/22/2006 | Chapter 11 Trustee's (I) Response to Avaya, Inc.'s Amended Motion for Leave to File Sur-Reply in Response to Certain New Matters First Appearing in the Reply Brief of the Chapter 11 Trustee on His Motion for Sanctions for Spoliation and (II) Response to Avaya's Contentions in the Sur-Reply Brief |

**Jointly Administered Bankruptcy Cases (01-00501)**

| Docket No. | Filing/Entry Date | Document Title |
|---|---|---|
| 185 | 4/11/2001 | Schedules with Summary & Declaration (#01-501) |
| 186 | 4/11/2001 | Schedules with Summary & Declaration (#01-502) |
| 187 | 4/11/2001 | Schedules with Summary & Declaration (#01-503) |
| 212 | 5/7/2001 | Amendment to Schedule of Assets and Liabilities, Schedule F |
| 1554 | 4/4/2007 | Notice of Service Re: 1) Initial Disclosures of Official Committee of Equity Security Holders Pursuant to Fed.R.Civ.P. 26(a)(1)(A)-(B), as Incorporated By Fed.R.Bankr.P. 7026; 2) First Set or Interrogatories Propounded by Official Committee of Equity Security Holders to State of Ohio; 3) First Set of Requests for the Production of Documents Propounded by Official Committee of Equity Security Holders to State of Ohio; and 4) First Set of Requests for Admission and Supplemental Interrogatories Propounded by Official Committee of Equity Security Holders to State of Ohio |
| 1558 | 4/23/2007 | Response to Equity Committee's Objection (Substantive) to Claim Filed by the State of Ohio Pursuant to 11 U.S.C. Section 502 and Fed. R. Bankr. P. 3007 |

Dated: July 7, 2008  
      Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kimberly E. C. Lawson  
Kimberly E. C. Lawson (No. 3966)  
1201 Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: klawson@reedsmith.com

Counsel for Kurt F. Gwynne, Chapter 11 Plan Trustee