IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**    4

IN RE: Quintus Corporation et al

| | | |
|---|---|---|
| Avaya Inc., | ) | |
| | ) | |
|       Appellant | ) | Civil Action No.  08-412 |
| v. | ) | |
| | ) | |
| Kurt F. Gwynne, Trustee, | ) | |
| | ) | |
|       Appellee | ) | Bankruptcy Case No. 001-501 MFW |
| | | ADV    04-53074 |
| | | AP 08-44 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 10/27/06 and 6/9/08 was docketed in the District Court on 7/8/08:

      Order granting in part the Motions for Partial Summary Judgment
      and for Sanctions, filed by the Chapter 11 Trustee on Plaintiffs'
      behalf

      Order Amended Judgment of Hon. Mary F. Walrath, overruling
      the objection of Avaya Inc.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                      Peter T. Dalleo
                                                      Clerk of Court

Date:   7/8/08
To:     U.S. Bankruptcy Court
         Counsel