**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN
P. BRADFORD deLEEUW

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

July 9, 2008

## VIA ELECTRONIC FILING / HAND DELIVERY

Clerk, U.S. District Court
United States District Court
844 King Street
Wilmington, DE 19801

      RE:   *In re Quintus Corporation, et al.*;
              D.Del., C.A. No. 08-412 UNA

Dear Friends:

    <u>Judicial assignment</u>. I represent defendant/appellant Avaya, Inc. in this appeal of an adversary action from the District of Delaware Bankruptcy Court.

    I write to inform your office that this underlying action was previously before the District Court, where it was C.A. No. 06-769 SLR. Those earlier proceedings concluded with a memorandum opinion by District Judge Robinson in which she affirmed part of the Bankruptcy Court ruling (pertaining to the fact of judgment) but remanded for clarification (pertaining to the appropriate amount of that judgment.)

    Under those circumstances, I should think that this current appeal which follows the proceedings on remand would most logically be assigned to Judge Robinson. To be sure, your internal processes may already have spotted that, but inasmuch as there is no "cover sheet" by an appellant which requires listing of "related cases," I am sending this note.

Respectfully yours,

Jeffrey S. Goddess (No. 630)

JSG/cmw
cc:    Kimberly E. Lawson, Esquire (Via e-filing)